ASD:rmh
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

HURIAH KAREEM BLEDSOE

Case No. 19MJ36 KMM

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 17, 2019, in Hennepin County, in the State and District of Minnesota, defendant, HURIAH KAREEM BLEDSOE, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and effecting interstate commerce, one or more of the following firearms:

a. North American Arms, .22 caliber revolver, S/N VT12146;
b. River Johnson and Cycle, .38 caliber revolver, S/N 67084;
c. Stoeger, M3500, 12 gauge shotgun, S/N 1533502;
d. Ruger, SR40, .40 caliber handgun, S/N 34259312;
e. Imperial Metal Product, .22 caliber revolver, S/N 92550;
f. CeskazbroJeyka Nar. Podnick Strankenice Model 50 9mm, SN 671369; and
g. River Johnson Arms and Cycle Works, .32 caliber revolver, S/N 98523;

in violation of Title 18, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

Nathan R. Boyer, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 18, 2019

*Judge's Signature*

The Honorable Katherine M. Menendez
United States Magistrate Judge
*Printed Name and Title*

City and State: Minneapolis, MN


SCANNED
JAN 1 8 2019
U.S. DISTRICT COURT MPLS