19MJ36 KMM

| STATE OF MINNESOTA | ) | | |
|---|---|---|---|
| | ) | ss. | AFFIDAVIT OF NATHAN R. BOYER |
| COUNTY OF HENNEPIN | ) | | |

1. I am employed as a Special Agent with the Bureau of Alcohol Tobacco & Firearms (ATF), and have been so employed since November, 2016. I am currently assigned to the ATF Division located in St. Paul, Minnesota. I obtained a Master's of Science in Criminal Justice from St. Cloud State University in St. Cloud, Minnesota and previously worked for ten (10) years in the chemical dependency field. In my capacity as an ATF agent, my responsibilities include, but are not limited to, investigating firearms offenses under Title 18 of the United States Code.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a criminal complaint and arrest warrant charging HURIAH KAREEM BLEDSOE with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

4. In January 2019, the Hennepin County Sheriffs' Department Violent Offenders Task Force (VOTF) was conducting an investigation of the occupants of Room 228 of the Extended Stay Hotel located in Brooklyn Center, Minnesota. The Brooklyn

SCANNED
JAN 1 8 2019
U.S. DISTRICT COURT MPLS

Center Police Department (BCPD) had received several calls concerning a man on the premises being armed with a firearm. Officers were dispatched to the hotel and able to identify the suspect as BLEDSOE. Officers utilized a drug sniffing dog in the hallway of the hotel and the dog alerted for a controlled substance inside of Room 228. With this information, officers obtained a search warrant for Room 228 of the Extended Stay Hotel.

5. On January 17, 2019, VOTF executed the search warrant for Room 228 of the Extended Stay Hotel. BLEDSOE and four children, all under the age of 12, were located inside the hotel room when the officers executed the search warrant. During the search warrant, officers recovered six handguns, a short-barrel shotgun, several extended magazines, a bullet proof vest, approximately $2,320 dollars in U.S. currency, a digital scale, and quantities of cocaine, heroin, methamphetamine, MDMA and marijuana. The following firearms were recovered by the officers during the execution of the search warrant:

      a. North American Arms, .22 caliber revolver, S/N VT12146;
      b. River Johnson and Cycle, .38 caliber revolver, S/N 67084;
      c. Stoeger, M3500, 12 gauge shotgun, S/N 1533502;
      d. Ruger, SR40, .40 caliber handgun, S/N 34259312;
      e. Imperial Metal Product, .22 caliber revolver, S/N 92550;
      f. CeskazbroJeyka Nar. Podnick Strankenice Model 50, 9mm, SN 671369; and
      g. River Johnson Arms and Cycle Works, .32 caliber revolver, S/N 98523.

6. Based upon my training, experience and research, your affiant knows that none of these firearms were manufactured in the state of Minnesota, and therefore that the firearms traveled in interstate commerce at some point before execution of the search warrant on January 17, 2019.

7. On January 17, 2019, your affiant reviewed BLEDSOE's criminal history and learned that BLEDSOE is prohibited from possessing firearms and/or ammunition based upon the following felony convictions:

  a. On November 11, 1998, BLEDSOE was convicted in Cook County, Illinois of manufacturing and delivery of a controlled substance;
  b. On June 28, 2008, BLEDSOE was convicted in Hennepin County, Minnesota of assault in the 2nd Degree, assault in the 3rd Degree and domestic assault by strangulation.
  c. On February 8, 2014, BLEDSOE was convicted in Hennepin County, Minnesota of violating a domestic abuse no contact order; and
  d. On February 12, 2018, BLEDSOE was convicted in Dodge County, Minnesota of willfully resisting, obstructing, and opposing law enforcement officers.

8. Based upon the facts conveyed in this affidavit, your affiant respectfully submits there is probable cause to believe that on January 17, 2019, HURIAH KAREEM BLEDSOE committed the crime of being a felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1).

Further your affiant sayeth not.

_____
Nathan R. Boyer
Special Agent, ATF

SUBSCRIBED and SWORN to before me

this 18th day of January, 2019.

_____
The Honorable Katherine M. Menendez
United States Magistrate Judge

3