UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR 19-36 SRN/HB |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(7) |
| v. | ) 18 U.S.C. § 924(c)(1)(A) |
| | ) 18 U.S.C. § 924(c)(1)(B) |
| HURIAH KAREEM BLEDSOE, | ) 18 U.S.C. § 924(d)(1) |
| also known as Jason Karem Riggins, | ) 18 U.S.C. § 924(e)(1) |
| | ) 18 U.S.C. § 931(a) |
| Defendant. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(B) |
| | ) 21 U.S.C. § 853 |
| | ) 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With the Intent To Distribute Controlled Substances)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

did unlawfully, knowingly and intentionally possess with the intent to distribute five grams or more of actual methamphetamine and mixtures and substances containing detectable amounts of marijuana, cocaine, heroin, and 3,4-methylenedioxymethamphetamine (MDMA), all controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Possession of Firearms In
Furtherance of a Drug Trafficking Crime)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

SCANNED
FEB 14 2019
U.S. DISTRICT COURT MPLS

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully possess five firearms, namely, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1533502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 34259312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 caliber semi-automatic handgun, serial number 671369, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B).

## COUNT 3
(Felon in Possession of Firearms – Armed Career Criminal)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies or serious drug offenses committed on occasions different from one another,

| Crime | Place of Conviction | Date Committed | Date of Conviction |
|---|---|---|---|
| Manufacture and Delivery of a Controlled Substance | Cook County, Illinois | 07/20/1998 | 11/30/1998 |
| Aggravated Assault | Cook County, Illinois | 02/14/2001 | 04/24/2001 |

| Second-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| --- | --- | --- | --- |
| Third-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Domestic Assault by Strangulation | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Violating a Domestic Abuse No Contact Order | Hennepin County, Minnesota | 03/12/2013 | 02/21/2014 |
| Resisting, Obstructing & Opposing Law Enforcement | Dodge County, Georgia | 01/12/2014 | 02/12/2018 |

knowingly possessed, in and affecting interstate and foreign commerce, five firearms, namely, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1533502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 34259312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 caliber semi-automatic handgun, serial number 671369, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 4
(Possession of Body Armor by a Violent Felon)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

having previously been convicted of the following felony crimes of violence,

| Crime | Place of Conviction | Date Committed | Date of Conviction |
| --- | --- | --- | --- |
| Aggravated Assault | Cook County, Illinois | 02/14/2001 | 04/24/2001 |

| Second-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Third-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Domestic Assault by Strangulation | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |

knowingly possessed body armor, all in violation of Title 18, United States Code, Sections 924(a)(7) and 931(a).

## FORFEITURE ALLEGATION

1. If convicted of Count 1 of this Indictment, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

shall forfeit to the United States any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including, but not limited to, $3,520 cash seized from the defendant on January 17, 2019, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1533502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 34259312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 caliber semi-automatic handgun, serial number 671369. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

2. If convicted of any of Counts 2 through 4 of this Indictment, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

shall forfeit to the United States any firearms, ammunition and accessories involved in or used in connection with each such violation including, but not limited to, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1533502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 34259312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 caliber semi-automatic handgun, serial number 671369, body armor, and all associated ammunition and accessories, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                  FOREPERSON