UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-036 (SRN/HB)

| UNITED STATES OF AMERICA, | ) **SUPERSEDING INDICTMENT** |
|---|---|
| Plaintiff, | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(2) |
| v. | ) 18 U.S.C. § 924(a)(7) |
| | ) 18 U.S.C. § 924(c)(1)(A)(i) |
| HURIAH KAREEM BLEDSOE, | ) 18 U.S.C. § 924(c)(1)(B)(i) |
| also known as Jason Karem Riggins, | ) 18 U.S.C. § 924(d)(1) |
| | ) 18 U.S.C. § 931(a) |
| Defendant. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 853 |
| | ) 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With the Intent To Distribute Controlled Substances)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

did unlawfully, knowingly and intentionally possess with the intent to distribute mixtures and substances containing detectable amounts of methamphetamine, methamphetamine hydrochloride, cocaine base, cocaine hydrochloride, heroin, and marijuana, all controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

SCANNED
AUG 06 2019
ups
U.S. DISTRICT COURT ST. PAUL

## COUNT 2
(Possessing and Carrying Firearms in Furtherance of, and
During and in Relation to, a Drug Trafficking Crime)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

did knowingly and unlawfully possess five firearms, that is, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1833502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 342-59312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 millimeter semi-automatic handgun, serial number 671369, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Superseding Indictment, which is hereby realleged and incorporated herein by reference, and did knowingly and unlawfully carry said firearms during and in relation to said drug trafficking crime, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i).

## COUNT 3
(Felon in Possession of Firearms)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Place of Conviction | Date Committed | Date of Conviction |
|---|---|---|---|
| Manufacture and Delivery of a Controlled Substance | Cook County, Illinois | 07/20/1998 | 11/30/1998 |
| Aggravated Assault | Cook County, Illinois | 02/14/2001 | 04/24/2001 |
| Second-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Third-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Domestic Assault by Strangulation | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Violating a Domestic Abuse No Contact Order | Hennepin County, Minnesota | 03/12/2013 | 02/21/2014 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess five firearms, in and affecting interstate and foreign commerce, that is, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1833502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 342-59312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 millimeter semi-automatic handgun, serial number 671369, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of Body Armor by a Violent Felon)

On or about January 17, 2019, in the State and District of Minnesota, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

having previously been convicted of the following felony crimes of violence,

| Crime | Place of Conviction | Date Committed | Date of Conviction |
|---|---|---|---|
| Aggravated Assault | Cook County, Illinois | 02/14/2001 | 04/24/2001 |
| Second-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Third-Degree Assault | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |
| Domestic Assault by Strangulation | Hennepin County, Minnesota | 01/31/2006 | 06/26/2006 |

and knowing he had been convicted of at least one such felony crime, did knowingly possess body armor, all in violation of Title 18, United States Code, Sections 924(a)(7) and 931(a).

## FORFEITURE ALLEGATION

1. If convicted of Count 1 of this Superseding Indictment, the defendant,

**HURIAH KAREEM BLEDSOE,**
also known as Jason Karem Riggins,

shall forfeit to the United States any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including, but not limited to, $3,520 in United States currency, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1833502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 342-59312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 millimeter semi-automatic handgun, serial number 671369, all seized on

January 17, 2019. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

2. If convicted of any of Counts 2 through 4 of this Superseding Indictment, the defendant,

**HURIAH KAREEM BLEDSOE**,
also known as Jason Karem Riggins,

shall forfeit to the United States any firearms, ammunition and accessories involved in or used in connection with each such violation including, but not limited to, a North American Arms, model NAA-.22LR, .22LR caliber revolver, serial number VT12146, a Stoeger, model M3500, 12-gauge short-barreled shotgun, serial number 1833502, a Ruger, model SR40, .40 caliber semi-automatic handgun, serial number 342-59312, an Imperial Metal Products, model 8, .22 caliber revolver, serial number 92550, and a Ceska Zbrojsvka, model 50, 7.65 caliber semi-automatic handgun, serial number 671369, body armor, and all associated ammunition and accessories, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                  FOREPERSON