*KATHERIAN D. ROE
Federal Defender

*REGGIE ALIGADA
First Assistant Defender

*MANNY ATWAL
Senior Litigator

CHAD M. SPAHN
Senior Investigator

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*DOUGLAS OLSON
JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
Assistant Defenders

*MSBA Certified Criminal Law Specialist

September 03, 2019

Honorable Hildy Bowbeer
United States Magistrate Judge
U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:  *United States v. Huriah Kareem Bledsoe*
     Criminal No. 19-36 (SRN/HB)

Dear Magistrate Judge Bowbeer:

The parties are in the process of finalizing a plea agreement. As such, I am requesting my briefing that is due today, be extended to September 18. Both parties, hopefully, will have a request for a change of plea hearing date. The government agrees with my request.

Sincerely,

*s/Manny K. Atwal*

MANNY K. ATWAL
Senior Litigator

MKA/tab

cc:    Emily Polachek, AUSA
       Tom Hollenhorst, AUSA